IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01674-MSK-CBS

TEST SERVICES, INC.,

        Plaintiff,

v.

THE PRINCETON REVIEW, INC.,

        Defendant.

---

**ORDER BIFURCATING CLAIMS AND REFERRING
MATTERS TO MAGISTRATE JUDGE**

---

    **PURSUANT TO** the representations of the parties and the findings of the Court at a hearing on September 7, 2005, which are deemed incorporated herein, the First, Second, Third, Fourth, Fifth, and Sixth Claims for Relief in the Complaint **(# 1)** are **BIFURCATED** from the remaining claims pursuant to Fed. R. Civ. P. 42(b).

    Pursuant to Fed. R. Civ. P. 65(a)(2), the hearing on the Motion for Preliminary Injunction shall be consolidated with trial on the merits of the First through Sixth Claims for Relief.

    Pursuant to the consent of all parties, the Plaintiff's Motion for Preliminary Injunction **(# 2)** and the merits of the First through Sixth Claims for Relief are specifically referred to United States Magistrate Judge Craig B. Shaffer for final disposition pursuant to 28 U.S.C. § 636(c). Pursuant to the consent of the parties, the Defendant's Motion to Dismiss or, in the Alternative, to Transfer **(# 9)**, is also specifically referred to Magistrate Judge Shaffer for final disposition pursuant to 28 U.S.C. § 636(c).

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(a) and (b), the Seventh through Fourteenth Claims for relief are referred to Magistrate Judge Shaffer to

- convene a scheduling conference under FED. R. CIV. P. 16(b); enter a Scheduling Order meeting the requirements of D.C.COLO.LCivR 16.2; and hear and determine any motions seeking amendment or modification of the Scheduling Order;

- convene such settlement conferences as may facilitate resolution of this case;

- hear and determine motions relating to discovery;

- hear and determine such other non-dispositive motions as may be specifically referred; and

- conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on specifically referred dispositive motions.

Dated this 7th day of September, 2005

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge