IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Case No. 05-cv-01674-MSK-CBS

TEST SERVICES, INC.,

    Plaintiff,

v.

THE PRINCETON REVIEW, INC.,

    Defendant.

---

### MINUTE ORDER

---

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    Pending before the court is Defendant's Notice of Withdrawal of Motion to Dismiss or, in the alternative, to Transfer to the Southern District of New York (filed September 13, 2005; *doc. no. 16*). Upon review of the document, the court will treat the notice as a motion to withdraw. It is hereby

    **ORDERED** that the motion to withdraw is **GRANTED**. Defendant's Motion to Dismiss or in the Alternative Motion to Transfer Case to the Southern District of New York (filed September 6, 2005: *doc. no. 9*) is **DENIED**, as moot.

**DATED:**     September 15, 2005