IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01674-MSK-CBS

TEST SERVICES, INC.,

    Plaintiff,

v.

THE PRINCETON REVIEW, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    Pending before the court is a Stipulation for Extension of Time to Submit Scheduling Order (filed September 30, 2005; *doc. no. 29*). The Court will treat this document as a motion for extension of time and hereby **GRANTS** the parties' stipulated request. The deadline to submit a proposed scheduling order is extended to **October 12, 2005**.

    Parties are advised that, in the future, they are to use the utility event "Motion" and not "Stipulation" in filing requests for extensions of deadlines.

**DATED:**    October 4, 2005