IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01674-MSK-CBS

TEST SERVICES, INC.,

    Plaintiff,

v.

THE PRINCETON REVIEW, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that Plaintiff's Unopposed Motion for Enlargement of 15-page Limitation for Opposition to Motion to Dismiss (filed October 11, 2005; *doc. no. 37*) is **GRANTED**.

    As of the date of this order, the Clerk's office is instructed to accept for filing, Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss Counts One Through Six (*doc no. 37-3*) and the accompanying Exhibit A (*doc. no. 37-4*) both tendered to the court on October 11, 2005.

**DATED:**    October 12, 2005