UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 05-cv-01674-MSK-CBS

TEST SERVICES, INC., a Colorado
corporation,

    Plaintiff,

v.

THE PRINCETON REVIEW, INC., a
Delaware corporation,

    Defendant.

## ORDER

THIS MATTER is before the Court The Princeton Review, Inc.'s ("TPR") Unopposed Motion to Submit 15-Page Reply Memorandum in Support of its Motion to Dismiss Counts One through Six of the Complaint (filed October 25, 2005; *doc. no. 49*).

The Court, having reviewed TPR's motion and the pertinent portions of the file, and being otherwise fully advised, **GRANTS** TPR's motion and **ORDERS** that the Clerk of the Court accept TPR's Reply Memorandum (*doc. no. 49-3*) for filing as of the date of this Order.

DATED at Denver, Colorado, this 27th day of October, 2005.

                                                BY THE COURT:

                                                s/Craig B. Shaffer
                                                Craig B. Shaffer
                                                United States Magistrate Judge