IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01674-MSK-CBS

TEST SERVICES, INC.,

    Plaintiff,

v.

THE PRINCETON REVIEW, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that Defendant's Unopposed Motion to Submit 25-page Response Brief (filed September 6, 2005; *doc. no. 8*) is **GRANTED**.

**DATED:**    November 10, 2005