### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Case No.   05-cv-01674-MSK-CBS

TEST SERVICES, INC.,

    **Plaintiff(s)Counter Defendant(s),**

v.

THE PRINCETON REVIEW, INC.,

    **Defendant(s)Counter Claimant(s).**

---

### STIPULATION AND ORDER REGARDING
### CUSTODY OF EXHIBITS AND DEPOSITIONS

---

    IT IS STIPULATED AND ORDERED that at the conclusion of the hearing which began on November 14, 2005, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

    DATED at Denver, Colorado this 14th day of November, 2005.

                                                              BY THE COURT:

                                                              Craig B. Shaffer, Magistrate Judge
                                                             United States District Court

APPROVED AS TO FORM:

_____                       _____
Tobey B. Marzouk                                   Peter J. Klarfeld
ATTORNEY FOR PLAINTIFF                ATTORNEY FOR DEFENDANTS