IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01674-MSK-CBS

TEST SERVICES, INC.
a Colorado corporation,

       Plaintiff,

v.

THE PRINCETON REVIEW, INC.
a Delaware corporation,

       Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER is before the Court on the parties' Stipulation of Dismissal **(#72)** to dismiss all claims by and between them, with prejudice, each party to bear his, her or its own costs, expenses and attorneys' fees.

The Court, having reviewed the motion and the pertinent portions of the file, being otherwise fully advised, and finding the motion to be well-founded, hereby ORDERS that all of the claims and counterclaims are DISMISSED, with prejudice, each party to bear its own costs, expenses and attorneys' fees.

DATED this 9th day of January 2006.

                                            **BY THE COURT:**

                                            *Marcia S. Krieger*
                                            _____

                                            Marcia S. Krieger
                                            United States District Judge